# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANDRAS GRUBER**, | Case No. 3:23-cv-01902-YY |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **OREGON HEALTH & SCIENCE UNIVERSITY**; and **DANNY JACOBS**, | |
| Defendants. | |

Based on the Court's Order, ECF 26, adopting Judge You's Findings and Recommendations, ECF 22, **IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 5th day of December, 2024.

                                                /s/ Karin J. Immergut
                                                Karin J. Immergut
                                                United States District Judge